

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00096-CR
No. 07-18-00097-CR

JEREME LEE ESCOBEDO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-18A-001 (Counts I & II), Honorable Roland D. Saul, Presiding

August 23, 2018

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court are the motions of appellant Jereme Lee Escobedo requesting access to the sealed volume of the reporter's record for purposes of appeal. On March 22, 2018, the trial court sealed a portion of volume 7 of the reporter's record. That portion of the reporter's record was filed under seal with this Court. We grant appellant's unopposed motions for access to the sealed record.

Accordingly, we order the sealed volume of the reporter's record to be made available to the attorneys of record for the purpose of preparing briefs and motions in these appeals. The Clerk of this Court shall make the sealed record available through the Attorney Portal (https://attorneyportal.txcourts.gov) in a format that is accessible only to the attorneys of record. Appellate counsel may review the contents of the sealed record but may not print or copy any of its contents. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed record to any other person or entity. Should the parties address any arguments related to evidence contained in the sealed record, the parties are ordered to note on the cover page of their respective briefs the following: "BRIEF CONTAINS SEALED MATERIALS." The Clerk shall remove access to the sealed record from the Attorney Portal after submission of the appeals to the Court.

It is so ordered.

Per Curiam

Do not publish.